# EXHIBIT A

GeneralStar™

# GENERAL STAR NATIONAL INSURANCE COMPANY

**(A STOCK INSURANCE COMPANY)**
**695 East Main Street**
**Stamford, Connecticut 06904-2354**

## COMMON POLICY DECLARATIONS

**POLICY NUMBER** IYG359857D

**Previous Policy Number** IYG359857C

**NAMED INSURED** Michael Kent

**BROKER** NIF Services
Ten Jefferson Blvd
Warwick, RI 02886

**MAILING ADDRESS** 56 Maple Street
Warwick, RI 02888

**BILLPOINT CODE** 00075040

**FORM OF BUSINESS.** Corporation

**BUSINESS DESCRIPTION:** Clubs, Taverns, Restaurants

**POLICY PERIOD** From September 29, 2002 to September 29, 2003 at 12 01 A M Standard Time *at your mailing address shown above*

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

| | **PREMIUM** |
|---|---|
| *Commercial General Liability Coverage Part* | *$200,000* |
| **TOTAL PREMIUM** | $200,000 |
| | Minimum & Deposit |

Premium shown is payable at inception, unless otherwise stated
Audit Period Annual, unless otherwise stated

## FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)

IL 600 - Service of Suit
IL 00 17 11 98 -Common Policy Conditions

**THESE COMMON POLICY DECLARATIONS, COVERAGE PART DECLARATIONS AND COVERAGE FORMS TOGETHER WITH THE COMMON POLICY CONDITIONS AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.**

**COUNTERSIGNED AT** Stamford, Connecticut **on** February 18, 2003

**BY:** Patricia H[illegible]

**AUTHORIZED REPRESENTATIVE**

Branch

# GENERAL STAR NATIONAL INSURANCE COMPANY

**Stamford, Connecticut**

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

**POLICY NUMBER** IYG359857D

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| General Aggregate Limit | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 1,000,000 | |
| Each Occurrence Limit | $ 1,000,000 | |
| Personal & Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| Damage To Premise Rented To You Limit | $ 50,000 | Any one premises |
| Medical Expense Limit | $ Not covered | Any one person |

**DEDUCTIBLE LIABILITY INSURANCE**

Subject to Section IV - Conditions – Deductible
A $ N/A deductible applied on a Per Claim Basis, or (ONLY ONE APPLIES)
A $ SEE SIR 2 deductible applies on a Per Occurrence/Offense Basis
Your liability shall not exceed Not Applicable in the aggregate during the policy period
**(Enter "Not Applicable" if no deductible or deductible aggregate applies)**

**PREMIUM**

| Classification | Code No. | Premium Basis | Premium Basis Amount | Rate | Advance Premium |
|---|---|---|---|---|---|
| Restaurants w/DF and Alcohol | 16817 | Units | 21 | $9,524 | $200,000 |

*Per unit description* Bars

**Total Advance Premium** $200,000

**FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere)**

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue

CG 00 01 10 01 - Commercial General Liability Coverage Form
03 GL 424 (10/2002) - Coverage Amendatory Endorsment
03 GL 442 (07/2002) - Exclusion -War or Terrorism
03 GL 449 (07/2002) - Self-Insured Retention Endorsement II
CG 21 44 (07/1998) - Limitation of Coverage to Designated Premises
CG 20 11 01 96 - Additional Insured - Managers or Lessors of Premises
CG 25 04 03 97 - Designated Location(s) General Aggregate Limit


© Copyright, General Star Management Company, Stamford, CT 2002
Includes copyrighted material of Insurance Services Office, Inc , with its permission

**RETROACTIVE DATE**

**(Applies only to CG 00 02 – Claims Made Commercial General Liability Coverage Form)**

1 Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date shown below and Coverage B of this insurance does not apply to "personal and advertising injury" caused by an offense committed before the Retroactive Date shown below

**Retroactive Date:** Not Applicable

2 The Retroactive Date for the insurance provided by some endorsements that are attached to and form a part of this Coverage Part may be different from the Retroactive Date shown above In that case, the Retroactive Date applicable to the insurance provided by such endorsements will be shown in those endorsements and

a The insurance provided by such endorsements under Coverage A, if any, does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date shown in those endorsements, and

b The insurance provided by such endorsements under Coverage B, if any, does not apply to "personal and advertising injury" caused by an offense committed before the Retroactive Date shown in those endorsements

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.**

 © Copyright, General Star Management Company, Stamford, CT 2002
Includes copyrighted material of Insurance Services Office, Inc , with its permission 

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage Read the entire policy carefully to determine rights, duties and what is and is not covered

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy The words "we", "us" and "our" refer to the company providing this insurance

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured

Other words and phrases that appear in quotation marks have special meaning Refer to Section V – Definitions

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1** ***Insuring Agreement***

a We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies We will have the right and duty to defend the insured against any "suit" seeking those damages However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result But

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance, and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory",

(2) The "bodily injury" or "property damage" occurs during the policy period, and

(3) Prior to the policy period, no insured listed under Paragraph 1 of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1 of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period

d "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1 of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer,

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage", or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur

 © ISO Properties, Inc , 2000 

GENERAL STAR NATIONAL INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Enter the Retroactive Date applicable to the insurance provided by this endorsement but only if different from the Retroactive Date shown in the Declarations Retroactive Date. Not Applicable

This endorsement modifies insurance provided for under the following

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

# SELF-INSURED RETENTION ENDORSEMENT II

*It is agreed that this insurance is subject to the following additional provisions In the event of conflict with any* provisions elsewhere in the policy, the provisions of this endorsement shall be deemed to apply

## I. Retained Limit

**a.** Our total liability for all damages shall not exceed the limits of liability as stated in the Coverage Part Declarations, Coverage Form or Endorsements attached to this policy and shall apply in excess of your Self-Insured Retention, hereinafter called the Retained Limit

| | | Retained Limit | |
|---|---|---|---|
| ONE HUNDRED THSND | Dollars | $ 100,000 00 | Each Claim |
| NIL | Dollars | $ 0 00 | Aggregate, if applicable |

**b** The Retained Limit applies to damage payments as well as claim handling and/or legal expenses (excluding salaries of employees and office expenses of the insured) incurred by the insured in the investigation, negotiation, settlement and defense of any claim or "suit" to which this policy applies

**c** In the event that the aggregate Retained Limit is exhausted by payments, arising from injury, damage, or expenses to which this policy applies, the provisions of this Retention Endorsement are void and all terms and conditions of the policy are reinstated to their full force and effect, and we shall then be obligated to assume charge of the settlement or defense of any claim or "suit" against the insured not yet settled, whether or not reported to us

**d.** We have no duty to defend any claim or "suit" until the exhaustion of the Retained Limit

## II Supplementary Payments

**a** The section entitled "Supplementary Payments" is hereby deleted from the policy We, at our own expense, shall have the right and opportunity to associate with the insured in the defense, appeal or control of any claim or "suit" to which this policy applies seeking damages in excess of the Retained Limit In such event, the insured and we shall cooperate fully


© Copyright, General Star Management Company, Stamford, CT 2002
Includes copyrighted material of Insurance Services Office, Inc , with its permission

b Should any claim or "suit" to which this policy applies appear likely to exceed the Retained Limit, no damage payment or legal expenses shall be incurred on behalf of us without our written prior consent

III Coverage Form Section IV - **Conditions 2 "Duties in the Event of Occurrence, Claim or Suit"** is replaced by the following

**2 Duties in the Event of Occurrence, Claim or Suit.**

(a) You must see to it that the Claims Service Company is notified promptly of an "occurrence" or *claim Notice should include*

(1) How, when and where the "occurrence" or claim took place, and

(2) The names and addresses of any injured persons and witnesses

(b) You must see to it that we are notified promptly of an "occurrence" or claim that may involve this policy or which involves fatalities, spinal injuries, head injuries, loss of limb and other serious *"bodily injury", irrespective of liability or reserve You must also promptly notify us of any claim* with a total incurred reserve that is greater than or equal to the Self Insured Retention Notice to us should include

(1) How, when and where the "occurrence" or claim took place, and

(2) The names and addresses of any injured persons and witnesses

(c) You and any other involved insured must also

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit",

(2) Authorize us to obtain records and other information,

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit", and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply

(d) If a claim is made or "suit" is brought against any insured involving this policy, you must see to it that we receive prompt written notice of the claim or "suit"

**IV Special Conditions**

a Under the terms and conditions of this Self-Insured Retention Endorsement, you shall contract with to administer claims handling within the Retained Limit until the conclusion of all reported incidents or claims

b. If is not maintained as your claims administrator this policy will be cancelled, unless we expressly stipulate otherwise

c Upon written request from us, you shall tender such portion of the Retained Limit as we deem necessary to complete the settlement of a claim or "suit" If you fail to do so, you will be monetarily responsible for

 © Copyright, General Star Management Company, Stamford, CT 2002
Includes copyrighted material of Insurance Services Office, Inc, with its permission 

(1) any amount exceeding that which we requested to complete the settlement, or to satisfy the judgment of the claim or "suit", and

(2) any expense payments on the claim or "suit" that are incurred thirty (30) days after our request for tender

| | |
|---|---|
| **(Name of the Insured)** | **(Title)** |

This endorsement is subject to all the agreements, conditions and exclusions of the policy unless such agreements, conditions and exclusions are expressly modified or expressly eliminated hereby


© Copyright, General Star Management Company, Stamford, CT 2002
Includes copyrighted material of Insurance Services Office, Inc, with its permission

POLICY NUMBER IYG359857D

**COMMERCIAL GENERAL LIABILITY**
**CG 21 44 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Premises:**

1 235 PROMENADE ST , INC D/B/A KAMP
235 PROMENADE STREET, PROVIDENCE, RI

2 52 PINE STREET INC D/B/A AMERICA
52 PINE STREET, PROVIDENCE, RI

3 STERN STREET, INC D/B/A HOT CLUB
10-12 STEAMS SQUARE, SPRINGFIELD, MA

**Premises**

4 215 MAIN STREET, INC D/B/A SH - BOOMS
215 MAIN STREET, WORCESTER, MA

5 PERIWINKLES COMEDY REVUE, INC D/B/A THE KEG ROOM
101 RICHMOND STREET, PROVIDENCE, RI

6 MICHAEL KENT'S PERSONALLY OWNED BUILDING
230 CROWN STREET, NEW HAVEN, CT

7 CONCERT CLUB, INC D/B/A THE COMPLEX
180 PINE STREET, PR OVIDENCE, RI

If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement )

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of

1 The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises, or

2. The project shown in the Schedule


Copyright, Insurance Services Office, Inc , 1997

**SCHEDULE**

**Premises**

8 P E ATLANTA, INC D/B/A BELL BOTTOMS
225 PHARR ROAD, FULTON COUNTY, ATLANTA, GA

9 CHUMLEY'S INC D/BA FINEGANS WAKE
395-397 WESTMINSTER STREET, PROVIDENCE, RI

10 3049 BOLLINGWAY, INC D/B/A URANUS
3049 PEACHSTREET ROAD, ATLANTA, GA

11 P E BIRMINGHAM, INC D/B/A BELL BOTTOMS
2001 HIGHLAND AVENUE SO , BIRMINGHAM, AL

12 MAIN OFFICE D/B/A CJ & J CONSULTING
56 MAPLE STREET, WARWICK, RI

13 SKJR INC D/B/A RE BAR
2299 POST ROAD, WARWICK, RI

14 MCDEE REALTY (BUILDING OWNER)
481 ATWOOD AVENUE, CRANSTON, RI

15 293 PHARR ROAD, INC D/B/A LIQUID ASSETS
293 PHARR ROAD, ATLANTA, GA

**Premises:**

16 TWIST ENTERTAINMENT INC D/B/A ART BAR
171 CHESTNUT STREET, PROVIDENCE, RI

17 79-81 WASHINGTON STREET CORP D/B/A THE STRAND
79-81 WASHINGTON STREET, PROVIDENCE, RI

18 90 COMMERCIAL STREET, LLC D/B/A AMEN
90 COMMERCIAL STREET, WORCESTER, MA

19 ATRIUM ONE EXCHANGE PLACE INC D/B/A/ MY MARTINI BAR
Z BAR, & JAILHOUSE ROCK
1 EXCHANGE PLACE
WORCHESTER, MA

20 219 SOUTH ATLANTIC BLVD INC D/B/A ATLANTIS
219 SOUTH ATLANTIC BLVD , FORT LAUDERDALE, FL

21 101 RICHMOND ST INC D/B/A DE JA VU
101 RICHMOND ST , PROVIDENCE, RI