# EXHIBIT B

# GENERAL STAR INDEMNITY COMPANY

**(A STOCK INSURANCE COMPANY)**
**695 East Main Street**
**Stamford, Connecticut**
**06904-2354**

## COMMON POLICY DECLARATIONS

**POLICY NUMBER** IYG-359857C

Previous Policy Number IYG-359857B

**NAMED INSURED** KENT MICHAEL

NIF SERVICES
Ten Jefferson Blvd.
Warwick, RI 02886

**MAILING ADDRESS** 56 MAPLE STREET
WARWICK, RI 02886

BILLPOINT CODE 00075040

POLICIES
OCT 12 2001
MAILED

**FORM OF BUSINESS:** CORPORATION

**BUSINESS DESCRIPTION:** CLUBS, TAVERNS, RESTAURANTS

**POLICY PERIOD:** From 08/29/2001 to 08/29/2002 at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | $74,000.00 |
| **TOTAL PREMIUM** | $74,000.00<br>MINMUM & DEPOSIT |

Premium shown is payable at inception, unless otherwise stated.
Audit Period: Annual, unless otherwise stated.

**FORMS AND ENDORSEMENTS** (other than applicable Forms and Endorsements shown elsewhere in the policy.):

SERVICE OF SUIT CLAUSE
ENDORSEMENT NO. 1 - NAMED INSURED

THESE COMMON POLICY DECLARATIONS, COVERAGE PART DECLARATIONS AND COVERAGE FORMS TOGETHER WITH THE COMMON POLICY CONDITIONS AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

**COUNTERSIGNED AT** New York, New York on 10/12/2001

BY: [signature]
AUTHORIZED REPRESENTATIVE

Branch Office

# GENERAL STAR INDEMNITY COMPANY
Stamford, Connecticut

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

**POLICY NUMBER** IYG-359857C

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | | $2,000,000 |
| Products-Completed Operations Aggregate Limit | | $1,000,000 |
| Each Occurrence Limit | | $1,000,000 |
| Personal & Advertising Injury Limit | | $1,000,000 |
| Fire Damage Limit | (any one fire) | $ 50,000 |

## RETROACTIVE DATE

Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown below and Coverage B of this insurance does not apply to "personal injury" or "advertising injury" caused by an offense which occurs before the Retroactive Date, if any, shown below.

**Retroactive Date:** None

(enter Date or "None" if no Retroactive Date applies)

## DEDUCTIBLE LIABILITY INSURANCE

Subject to Section IV - Conditions - Deductible Liability.

A $ NONE deductible applies on a per claim basis, or (CHOOSE
A $ NONE deductible applies on a per occurrence basis ONE)

Your liability shall not exceed $ NONE in the aggregate during the policy period.

(Enter "None" if no deductible or deductible aggregate applies)

## PREMIUM

| Classification | Code No. | Premium Basis* | Rate | Advance Premium |
|---|---|---|---|---|
| CLUBS, TAVERN AND RESTAURANTS R/A: RESTAURANTS WITH SALES OF ALCOHOLIC BEVERAGES THAT ARE LESS THAN 75% OF THE TOTAL ANNUAL RECIEPTS OF THE RESTAURANTS - WITH DANCE FLOOR | 16815 | FLAT CHARGE | | $74,000 |
| NIGHTCLUBS, CABARETS AND DISCOTHEQUES | 15655 | INCL. | INCL. | INCL. |

**Total Advance Premium** **$74,000**

*Rates are per 1,000 unless otherwise stated

## FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere)

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

OCC-CGL-1 COMMERCIAL GENERAL LIABILITY COVERAGE FORM
ENDORSEMENT NO. 2 - SELF INSURED RETENTION ENDORSEMENT II
ENDORSEMENT NO. 3 - LIMITATION OF COVERAGE TO DESIGNATED PREMISES
ENDORSEMENT NO. 4 - ADDITIONAL INSURED LESSORS OF PREMISES
ENDORSEMENT NO. 5 - EXCLUION - ASSAULT & BATTERY
ENDORSEMENT NO. 6 - AMENDMENT-AGGREGATE LIMITS OF INSURANCE (PER LOCATION)

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.**

Branch Office

THIS ENDORSEMENT CHANGES THE COMMERCIAL LIABILITY POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective on ***AUGUST 29, 2001*** at Standard time shown in the Policy Declarations, forms a part of Policy Number ***IYG359857C*** issued to ***KENT MICHAEL*** by General Star Indemnity Company at Stamford, Connecticut on ***OCTOBER 12, 2001.***

Endorsement Number *1*

This endorsement modifies insurance provided for under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

---

**NAMED INSURED**

---

The NAMED INSURED shown in the Policy Declarations is amended to include:

MIKENT INC. D/B/A OLIVES MARTINI BAR
235 PROMENADE ST., INC. D/B/A STAGE
52 PINE STREET INC. D/B/A CHALLENGES
10-12 STEAMS SQUARE, INC. D/B/A HOT CLUB
215 MAIN STREET, INC. D/B/A SH - BOOMS
PERIWINKLES COMEDY REVUE, INC. D/B/A THE KEG ROOM
CROWN STREET ENTERPRISES D/B/A CHALLENGES
CONCERT CLUB, INC. D/B/A THE COMPLEX
PE ATLANTA, INC. D/B/A BELL BOTTOMS
CHUMLEY'S INC. D/B/A FINEGANS WAKE
3049 BOLLINGWAY, INC. D/B/A URANUS
PE BIRMINGHAM, INC. D/B/A BELL BOTTOMS
MAIN OFFICE D/B/A CJ & J CONSULTING, LTD.
SKJR, INC. D/B/A BREW CITY
MC DEE REALTY
293 PHARR ROAD, INC. D/B/A LIQUID ASSETS
TWIST ENTERTAINMENT, INC. D/B/A ART BAR
79-81 WASHINGTON STREET CORP. D/B/A THE STRAND
90 COMMERCIAL STREET, LLC D/B/A AMEN
ATRIUM ONE EXCHANGE PLACE INC. D/B/A/ MY MARTINI, 2 BAR & JAILHOUSE ROCK
219 SOUTH ATLANTIC BLVD INC.

Authorized Representative

NMDINS.OC
Ed. (08/93)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear In quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I COVERAGES

## COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or property damage to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

THIS ENDORSEMENT CHANGES THE COMMERCIAL LIABILITY POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective on ***AUGUST 29, 2001*** at Standard time shown in the Policy Declarations, forms a part of Policy Number ***IYG359857C*** issued to ***KENT MICHAEL*** by General Star Indemnity Company at Stamford, Connecticut on ***OCTOBER 12, 2001,.***

Endorsement Number *2*

This endorsement modifies insurance provided for under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

---

**SELF-INSURED RETENTION ENDORSEMENT II**

---

It is agreed that this insurance is subject to the following additional provisions. In the event of conflict with any provisions elsewhere in the policy, the provisions of this endorsement shall be deemed to apply.

I. (A) Our total liability for all damages shall not exceed the limits of liability as stated in the Coverage Part Declarations, Coverage Form or Endorsements attached to this policy and shall apply in excess of your Self-Insured Retention, hereinafter called the Retained Limit.

RETAINED LIMIT

ONE HUNDRED THOUSAND Dollars ($100,000) Each occurrence

Not Applicable Dollars ($Not Applicable) Aggregate,
If applicable

(B) The Retained Limit applies to damage payments as well as claim handling and/or legal expenses (excluding salaries of employees and office expenses of the insured) incurred by the insured in the investigation, negotiation, settlement and defense of any claim or "suit" to which this policy applies.

(C) In the event that the aggregate Retained Limit is exhausted by payments, arising from injury, damage, or expenses to which this policy applies, the provisions of this Retention Endorsement are void and all terms and conditions of the policy are reinstated to their full force and effect; and we shall then be obligated to assume charge of the settlement or defense of any claim or "suit" against the insured not yet settled, whether or not reported to us.

II. (A) The section entitled "Supplementary Payments" is hereby deleted from the policy. We, at our own expense, shall have the right and opportunity to associate with the insured in the defense, appeal or control of any claim or "suit" to which this policy applies seeking damages in excess of the Retained Limit. In such event, we and the insured shall cooperate fully.

(B) Should any claim or "suit" to which this policy applies appear likely to exceed the Retained Limit, no loss expenses or legal expenses shall be incurred on behalf of us without our prior consent.

III. Coverage Form Section IV - Conditions 2. "Duties in the Event of Occurrence, Claim or Suit" is replaced by the following:

2. Duties in the Event of Occurrence, Claim or Suit.

(a) You must see to it that the Claims Service Company is notified promptly of an "occurrence" which may result in a claim. Notice should include:

(1) How, when and where the "occurrence" took place; and

(2) The names and addresses of any injured persons and witnesses.

(b) You must see to it that we are notified promptly of an "occurrence" which may result in a claim, that is likely to involve this policy or which involves fatalities, spinal injuries, head injuries, loss of limb and other serious "bodily injury", irrespective of liability or reserve. Notice should include:

(1) How, when and where the "occurrence" took place; and

(2) The names and addresses of any injured persons and witnesses. Failure to notify us of any act or omission which at the time of its happening did not appear to involve this policy, but which at a later date would appear to give rise to claims hereunder, shall not prejudice such claims.

You and any other involved insured must also:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

(c) If a claim is made or "suit" is brought against any insured involving this policy, you must see to it that we receive prompt written notice of the claim or "suit".

## IV. SPECIAL CONDITION

(A) Under the terms and conditions of this Self-Insured Retention Endorsement, you shall contract with
Vincent Pelligrino Adjusters, 275 Reservoir Avenue, Providence, RI 02907

(Name of Claim Service Company) to administer claims handling within the Retained Limit until the conclusion of all reported incidents or claims. The expiration or termination of this policy with us shall not absolve this obligation.

(B) In the event of a cancellation, expiration or revision of the contract between you and the Claims Service Company, you will notify us within ten days from the date of such cancellation, expiration or revision of the contract. If you fail to contract with a substitute Claims Service Company acceptable to us or are unable to pay for covered damage and supplementary payments within the Self-Insured Retention you acknowledge that we shall have the right but not the obligation to contract directly with a Claims Service Company to administer claim handling within the Self-Insured Retention until the conclusion of all reported claim and you shall indemnify us for any costs or expenses incurred to administer claim handling within the Self-Insured Retention should we elect to exercise our right to contract directly with a Claims Service Company under the circumstances set forth above.

(C) We shall have the right but not the duty to assume charge of the defense and/or settlement of any claim or "suit" brought against the insured and, upon written request from us, you shall tender such portion of the Self-Insured Retention as we may deem necessary to complete the settlement of such claim or "suit".

____________________ (Name of the Insured)

____________________ (Title)

This endorsement is subject to all the agreements, conditions and exclusions of the policy unless such agreements, conditions and exclusions are expressly modified or expressly eliminated hereby.

Authorized Representative

THIS ENDORSEMENT CHANGES THE COMMERCIAL LIABILITY POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective on ***AUGUST 29, 2001*** at Standard time shown in the Policy Declarations, forms a part of Policy Number ***IYG359857C*** issued to ***KENT MICHAEL*** by General Star Indemnity Company at Stamford, Connecticut on ***OCTOBER 12, 2001.***

Endorsement Number *3*

This endorsement modifies insurance provided for under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**LIMITATION OF COVERAGE TO DESIGNATED PREMISES**

This insurance applies only to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises.

**SCHEDULE**

Premises:

1. MIKENT INC. D/B/A OLIVES MARTINI BAR
   108 N. MAIN STREET
   PROVIDENCE, RI

2. 235 PROMENADE ST., INC. D/B/A STAGE
   235 PROMENADE STREET
   PROVIDENCE, RI

3. 52 PINE STREET INC. D/B/A CHALLENGES
   52 PINE STREET
   PROVIDENCE, RI

4. 10-12 STEAMS SQUARE, INC. D/B/A HOT CLUB
   10-12 STEAMS SQUARE
   SPRINGFIELD, MA

5. 215 MAIN STREET, INC. D/B/A SH - BOOMS
   215 MAIN STREET
   WORCESTER, MA

LIMITATION OF COVERAGE TO DESIGNATED PREMISES
PAGE 2

**SCHEDULE**

Premises:

6 PERIWINKLES COMEDY REVUE, INC. D/B/A THE KEG ROOM
101 RICHMOND STREET
PROVIDENCE, RI

7. CROWN STREET ENTERPRISES D/B/A CHALLENGES
230 CROWN STREET
NEW HAVEN, CT

8. CONCERT CLUB, INC. D/B/A THE COMPLEX
180 PINE STREET
PROVIDENCE, RI

9. PE ATLANTA, INC. D/B/A BELL BOTTOMS
225 PHARR ROAD
FULTON COUNTY, ATLANTA, GA

10. CHUMLEY'S INC.D/BA FINEGANS WAKE
395-397 WESTMINSTER STREET
PROVIDENCE, RI

11. 3049 BOLLINGWAY, INC. D/B/A URANUS
3049 PEACHSTREET ROAD
ATLANTA, GA

12. PE BIRMINGHAM, INC. D/B/A BELL BOTTOMS
2001 HIGHLAND AVENUE SO.
BIRMINGHAM, AL

13. MAIN OFFICE D/B/A CJ & J CONSULTING, LTD.
56 MAPLE STREET
WARWICK, RI 02886

**SCHEDULE**

Premises:

14. SKJR INC D/B/A RE BAR
2299 POST ROAD
WARWICK, RI

15. MCDEE REALTY (BUILDING OWNER)
481 ATWOOD AVENUE
CRANSTON, RI

16. 293 PHARR ROAD, INC. D/B/A LIQUID ASSETS
293 PHARR ROAD
ATLANTA, GA 30305

17.. TWIST ENTERTAINMENT INC. D/B/A ART BAR
171 CHESTNUT STREET,
PROVIDENCE, RI 02903

18. 79-81 WASHINGTON STREET CORP. D/B/A THE STRAND
79-81 WASHINGTON STREET
PROVIDENCE, RI

19. 90 COMMERCIAL STREET, LLC D/B/A AMEN
90 COMMERCIAL STREET
WORCESTER, MA

20. ATRIUM ONE EXCHANGE PLACE INC. D/B/A/MY MARTINI BAR
2 BAR, & JAILHOUSE ROCK
1 EXCHANGE PLACE
WORCHESTER, MA

21. 219 SOUTH ATLANTIC BLVD.INC.
219 SOUTH ATLANTIC BLVD.
FORT LAUDERDALE, FL

[signature]

Authorized Representative