# EXHIBIT D

GeneralStar

**General Star Management Company**
Financial Centre
P. O. Box 10354
Stamford, CT 06904-2354
Phone: (203) 328-5088
Fax: (203) 328-6744
Internet: LSabia@generalstar.com

Lisa C. Sabia

September 21, 2005

**CERTIFIED MAIL R.R.R.**

Mr. Michael Kent
56 Maple Street
Warwick, RI 02888

**RESERVATION OF RIGHTS**

| | | |
|---|---|---|
| RE: | Insured: | MICHAEL KENT, ETAL. |
| | Claimant: | STUART DENYER |
| | Date of Loss: | 8/25/03 |
| | Our File No.: | GS051705 – xref. GS051889 |

Dear Mr. Kent:

General Star Management Company, on behalf of General Star National Insurance Company (hereinafter collectively referred to as "General Star"), provides Michael Kent, etal with a commercial general liability policy under policy number IYG359857D effective 9/29/02 through 9/29/03. There is a $1,000,000.00 limit of liability with a $100,000.00 self insured retention.

The allegations bring rise to a coverage issue which is addressed below.

We refer you to the Insuring Agreement of the policy which states:

**SECTION I – COVERAGES**
**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured

against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But: .....

We also refer you to the Self-Insured Retention Endorsement II which states:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SELF-INSURED RETENTION ENDORSEMENT II**

It is agreed that this insurance is subject to the following provisions. In the event of conflict with any provisions elsewhere in the policy, the provisions of this endorsement shall be deemed to apply.

I. Retained Limit

a. Our total liability for all damages shall not exceed the limits of liability as stated in the Coverage Part Declarations, Coverage Form or Endorsements attached to this policy and shall apply in excess of your Self-Insured Retention, hereinafter called the Retained Limit.

| | Retained Limit | |
|---|---|---|
| ONE HUNDRED THOUSAND Dollars | $100,000.00 | Each Claim |
| NIL Dollars | $0.00 | Aggregate, if applicable |

b. The Retained Limit applies to damage payments as well as claim handling and/or legal expenses (excluding salaries of employees and office expenses of the insured) incurred by the insured in the investigation, negotiation, settlement and defense of any claim or "suit" to which this policy applies.

c. In the event that the aggregate Retained Limit is exhausted by payments, arising from injury, damage, or expenses to which this policy applies, the provisions of this Retention Endorsement are void and all terms and conditions of the policy are reinstated to their full force and effect, and we shall then be obligated to assume charge of the settlement or defense of any claim or "suit" against the insured not yet settled, whether or not reported to us.

d. We have no duty to defend any claim or "suit" until the exhaustion of the Retained Limit.

It has been brought to my attention that expenses to which this policy applies have gone unpaid to date. Please also refer to my letter to you dated July 5, 2005 bringing your attention to this matter. General Star reserves the right to deny coverage for this matter based upon your violation of the policy provision quoted above.

General Star specifically reserves the right to conduct additional investigation or analysis that may be warranted in the event we receive new or additional information suggesting that plaintiffs are alleging a claim involving injury or damage to which the General Star policy may apply.

None of the acts of General Star's agents, attorneys or employees are to be construed as a waiver of or operate as an estoppel, with respect to any of General Star's rights under the captioned policy. Further, no conduct of General Star or its agents, attorneys, or employees is to be construed as a waiver or surrender of General Star's policy limitations, exclusions, conditions or agreements.

General Star recognizes that there may be additional information which has been developed since the claim was tendered which may impact upon coverage under the General Star policy. Accordingly, if you have any questions, comments or additional information which either contradicts or suggests that the position of General Star is incomplete or incorrect, please forward it to my attention.

Very truly yours,

Lisa C. Sabia

C: Ted Tenerow - Crawford & Comopany – 860-633-6771
Steve Osber – Rothstein Rosenfeldt Adler – 954-527-8663