# EXHIBIT F

GeneralStar
General Star Management Company
695 East Main Street
P.O. Box 10354
Stamford, CT 06904-2354
office phone 203 328 5700

December 4, 2006

**MAIL CERTIFIED RETURN RECEIPT**
**AND VIA FACSIMILI**

Mr. Michael Kent
56 Maple Street
Warwick, RI 02888

Re: Claimant: Stuart Denyer
File No.: GS051705
Policy No.: IYG359857D
Location: 219 South Atlantic Blvd.

Dear Mr. Kent:

Please recall that General Star Management Company is handling this matter on behalf of General Star Indemnity Company.

Please be advised that General Star Indemnity Company is making a formal request that you provide us with documentation as to the amount paid under the self-insured retention (SIR) and that you immediately tender the balance to us.

It has been brought to our attention that expenses to which this policy applies continues to go unpaid. Attached for your convenience is a letter dated September 21, 2005 making you aware of this issue. I refer you to the Self-Insured Retention Endorsement II, and direct your attention to section IV. Special Conditions. – c., (1), (2) which states:

IV. Special Conditions

c. Upon written request from us, you shall tender such portion of the Retained Limit as we deem necessary to complete the settlement of a claim or "suit". If you fail to do so, you will be monetarily responsible for

(1) any amount exceeding that which we requested to complete the settlement, or to satisfy the judgment of the claim or "suit", and

(2) any expense payments on the claim or "suit" that are incurred thirty (30) days after our request for tender

It has also been brought to our attention you have failed to use a third party claims administrator (TPA). Please provide us with the identity of your current TPA, and also a copy of the TPA contract. This is a requirement in your policy; refer to the Self-Insured Retention Endorsement II (see IV. Special Conditions – a. and b) which states:

IV. Special Conditions

a. Under the terms and conditions of this Self-Insured Retention Endorsement, you shall contract with ______________(TPA)__________ to administer claims handling within the Retained Limit until the conclusion of all reported incidents or claims

b. If __________(TPA)______________ is not maintained as your claims administrator this policy will be cancelled, unless we expressly stipulate otherwise

Your failure to tender the balance of the SIR can be deemed as a material and substantial breach of the policy conditions.

Additionally, your failure to assign and maintain a TPA can be considered as an independent and separate basis for a material and substantial breach of the above cited policy condition.

These two breaches either individually in the aggregate may result in a denial of benefits under the policy.

If you would like to discuss this further, please feel free to contact me.

Sincerely,

Lisa Sabia

Lisa Sabia
Claims Examiner

7004 2510 0005 6561 7362

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

PROC & DIST CTR
Postmark Here
DEC 4 2006

Sent…
Mr. Michael Kent
Stre… or P… 56 Maple Street
City,… Warwick, RI 02888

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael Kent
56 Maple Street
Warwick, RI 02888

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 12-6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7004 2510 0005 6561 7362

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540