# EXHIBIT G

GeneralStar™
General Star Management Company
Financial Centre
PO Box 10354
Stamford, CT 06904-2354
office phone 203 328 5700
fax 203 328 6744

February 22, 2007

**MAIL CERTIFIED RETURN RECEIPT**
**AND VIA FACSIMILI**
**401-784-3575**

Mr. Michael Kent
56 Maple Street
Warwick, RI 02888

Re: Claimant: Stuart Denyer
File No.: GS051705
Policy No.: IYG359857D
Location: 219 South Atlantic Blvd.

Dear Mr. Kent:

Please recall that General Star Management Company is handling this matter on behalf of General Star Indemnity Company. On December 4, 2006 I mailed and faxed you a letter making a formal request that you immediately tender the balance of your self-insured retention (SIR) to us. We also requested that you provide us with documentation as to the amount paid under the SIR. To date, you have failed to respond to our request.

I once again refer you to the Self-Insured Retention Endorsement II, and direct your attention to section IV. Special Conditions. – c., (1), (2) which states:

IV. Special Conditions

c. Upon written request from us, you shall tender such portion of the Retained Limit as we deem necessary to complete the settlement of a claim or "suit". If you fail to do so, you will be monetarily responsible for

(1) any amount exceeding that which we requested to complete the settlement, or to satisfy the judgment of the claim or "suit", and

(2) any expense payments on the claim or "suit" that are incurred thirty (30) days after our request for tender

We also requested that you provide us with the identity of your current TPA, and a copy of the TPA contract. This is a requirement in your policy; refer to the Self-Insured Retention Endorsement II (see IV. Special Conditions – a. and b) which states:

IV. Special Conditions

a. Under the terms and conditions of this Self-Insured Retention Endorsement, you shall contract with _____________(TPA)__________ to administer claims handling within the Retained Limit until the conclusion of all reported incidents or claims

b. If __________(TPA)_____________ is not maintained as your claims administrator this policy will be cancelled, unless we expressly stipulate otherwise

Your failure to tender the balance of the SIR can be deemed as a material and substantial breach of the policy conditions.

Additionally, your failure to assign and maintain a TPA can be considered as an independent and separate basis for a material and substantial breach of the above cited policy condition.

These two breaches either individually in the aggregate may result in a denial of benefits under the policy.

If I do not receive the proper documentation and the balance of your SIR by March 22, 2007, General Star Management Company will be reassigning the defense to Daniel Koleos of Koleos, Rosenberg & Metzger, P.A. to handle this claim/lawsuit to its conclusion.

If you would like to discuss this further, please feel free to contact me.

Sincerely,

Lisa Sabia

Lisa Sabia
Claims Examiner

c: Steven Osber
via facsimile
954-527-8663