# EXHIBIT H

GeneralStar™
General Star Management Company
Financial Centre
PO Box 10354
Stamford, CT 06904-2354
office phone 203 328 5700
fax 203 328 6744

March 9, 2007

**MAIL CERTIFIED RETURN RECEIPT**
**AND VIA FACSIMILI**
**401-784-3575**

Mr. Michael Kent
56 Maple Street
Warwick, RI 02888

Re: Claimant: Stuart Denyer
File No.: GS051705
Policy No.: IYG359857D
Location: 219 South Atlantic Blvd.

Dear Mr. Kent:

As you know, Crawford & Company administered the Denyer lawsuit referenced above on behalf of Michael Kent and his scheduled property for the benefit of Swiss Beach Holdings, Inc., an additional insured under the lessor's endorsement to the General Star National Insurance Company policy referenced above.

As you further know, the defense provided to Swiss Beach Holdings, Inc. under the General Star National Insurance Company policy was subject to the Self-Insured Retention Endorsement (SIR), 03GLPR449 (7/2002), which required Michael Kent, the named insured, to satisfy the Retained Limit incurred by the insured in the investigation, negotiation, settlement and defense of any claim or "suit" to which this policy applies. As you have been previously advised, the SIR obligations of the Michael Kent policy applies to the Denyer lawsuit.

Please be further advised that the additional insured, Swiss Beach Holdings, Inc., has made a demand for immediate payment of its billing invoices for fees and costs incurred in defense of the claims made against it in Denyer. We have enclosed copies of the demand and billing invoices for your review and immediate action. General Star National Insurance Company hereby demands that you pay these invoices by the close of business on March 15, 2007 as they are your contractual obligation under the Self-Insured Retention Endorsement to the policy and as of this date, you have not provided General Star with satisfactory proof of exhaustion of the SIR Retained Limit of $100,000.00. If you fail to pay these invoices as demanded herein, General Star National Insurance Company will deem such failure to be a material and substantial breach of the insurance contract including the SIR Endorsement.

General Star National Insurance Company reserves it rights to deny coverage, cancel the policy and institute an action to enforce the provisions and conditions of the General Star National Insurance Company policy.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

Sincerely,

Lisa Sabia

Lisa Sabia
Claims Examiner

c: Steven Osber
via facsimile – (954)527-8663