# EXHIBIT I

LAW OFFICES

# KOLEOS, ROSENBERG & DOYLE

PROFESSIONAL ASSOCIATION

1000 SOUTH PINE ISLAND ROAD
SUITE 450
FT. LAUDERDALE, FLORIDA
33324

TELEPHONE: (954) 474-9929
FACSIMILE: (954) 474-9959
EMAIL: krm@krmpa.com
www.krmpa.com

April 11, 2007

**VIA E-MAIL**
Lisa Sabia
Claim Examiner
General Star Management Company
Financial Centre
P.O. Box 10354
Stamford, CT 06904

**Re: Stuart Denyer v. Swiss Beach Holdings, Inc., a Florida corporation and 219 South Atlantic Blvd., Inc., a corporation d/b/a Beach Bums and/or d/b/a Atlantis and/or d/b/a The Beach Complex**

| | | |
|---|---|---|
| **Case No.** | **:** | **04-06507 (18) (Broward Circuit Court)** |
| **D/O/L** | **:** | **8/25/03** |
| **GSMC Claim #** | **:** | **GS-051889** |
| **Our File No.** | **:** | **GEN-40745** |

Dear Ms. Sabia:

This letter confirms that by check number 24144351 dated April 6, 2007, General Star paid the following Koleos, Rosenberg, Metzger & Doyle, P.A. billing invoices totaling $50,500.02 in full:

| Invoice No. | Date | Amount |
|---|---|---|
| • 5198 | February 22, 2005 | $ 3,830.95 |
| • 5543 | May 16, 2005 | $ 4,934.60 |
| • 5992 | August 14, 2005 | $13,213.45 |
| • 6313 | October 19, 2005 | $ 8,837.31 |
| • 6553 | December 9, 2005 | $ 3,595.10 |
| • 6796 | February 14, 2006 | $12,180.61 |
| • 7292 | May 11, 2006 | $ 3,908.00 |

Thank you. Should you have any questions regarding the above matter, please do not hesitate to write or call.

Very truly yours,

DANIEL J. KOLEOS
LEONARD D. BLUMENTHAL

DJK:LDB:kmg
cc: Tom Toomey
G:\CLOSED\Denyer\sabia 2 gen star payment.doc