# EXHIBIT J

LAW OFFICES
# KOLEOS, ROSENBERG & DOYLE
PROFESSIONAL ASSOCIATION

1000 SOUTH PINE ISLAND ROAD
SUITE 450
FT. LAUDERDALE, FLORIDA
33324

TELEPHONE: (954) 474-9929
FACSIMILE: (954) 474-9959
EMAIL: krm@krmpa.com
www.krmpa.com

April 11, 2007

**VIA E-MAIL**
Lisa Sabia
Claim Examiner
General Star Management Company
Financial Centre
P.O. Box 10354
Stamford, CT 06904

**Re: Fabio Almeida v. 219 South Atlantic Boulevard, Inc. d/b/a Club Atlantis, Swiss Beach Holdings, Inc.**
**Case No. : CACE03-020862 (14) (Broward Circuit Court)**
**Claim No. : GS-052665**
**D/O/L : 1/20/03**
**Our File No. : GEN-50848**

**Hericon Ercolano v. 219 South Atlantic Boulevard, Inc. d/b/a Club Atlantis, Swiss Beach Holdings, Inc.**
**Case No. : CACE03-020867 (14) (Broward Circuit Court)**
**Claim No. : GS-052665**
**D/O/L : 1/20/03**
**Our File No. : GEN-50849**

Dear Ms. Sabia:

This letter confirms that by check number 24144067 dated March 22, 2007, General Star paid the following Koleos, Rosenberg, Metzger & Doyle, P.A. billing invoices totaling $22,240.00 in full:

**ALMEIDA**

| Invoice No. | Date | Amount |
|---|---|---|
| • 6173 | September 23, 2005 | $ 4,792.85 |
| • 6567 | December 12, 2005 | $ 3,137.70 |
| • 6961 | March 8, 2006 | $ 2,086.50 |
| • 7301 | May 11, 2006 | $ 1,491.40 |

**ERCOLANO**

- 6177 September 26, 2005 $ 4,681.05
- 6568 December 12, 2005 $ 2,018.20
- 6965 March 8, 2006 $ 1,791.80
- 7293 May 11, 2006 $ 2,240.50

Thank you. Should you have any questions regarding the above matter, please do not hesitate to write or call.

Very truly yours,

DANIEL J. KOLEOS
LEONARD D. BLUMENTHAL

DJK:LDB:kmg
cc: Tom Toomey
G:\CLOSED\Almeida\sabia 1 gen star payment.doc