AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

General Star National Ins. Co., et al.

V.

Michael Kent, et al.

**SUMMONS IN A CIVIL CASE**

CA 07 205

CASE NUMBER:

TO: (Name and address of Defendant)

79-81 Washington Street, Corp.
d/b/a The Strand
56 Maple Street
Warwick, RI 02888

Ellen M. Perry
71 Cherry Hill Rd
Johnston

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Howard Merten, Esq.
Keith E. Fayan, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

6/1/07

DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-12-07 |
| NAME OF SERVER *(PRINT)* Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): X Ellen M. Petty To an Agent authorized by Appointment or by law to receive service of process, Namely Ellen M. Petty

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/12/07
Date

[signature]
Signature of Server

87 Grand View Rd
Address of Server
E. Greenwich, RI 02818

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.