AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CA 07 205

General Star National Ins. Co., et al.

V.

Michael Kent, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

219 South Atlantic Boulevard, Inc.
d/b/a Beach Bums, d/b/a Atlantis, d/b/a The Beach Complex
56 Maple Street
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Howard Merten, Esq.
Keith E. Fayan, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

6-1-07

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-12-07 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☑ Other (specify): [illegible] To an Agent Authorized by Appointment or by law to receive Service of process, namely R.I. Secretary of State, (Cathryn Morgan)

### STATEMENT OF SERVICE FEES

| ~~TRAVEL~~ File 15.00 | SERVICES 45.00 | TOTAL 60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/12/07
Date

[signature]
Signature of Server

87 Grand View Rd
E. Greenwich, RI 02818
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.