AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

General Star National Ins. Co., et al.

V.

Michael Kent, et al.

SUMMONS IN A CIVIL CASE

CA 07 205

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Kent
56 Maple Street
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Howard Merten, Esq.
Keith E. Fayan, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| CLERK | 6-1-07<br>DATE |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-24-07 |
| NAME OF SERVER *(PRINT)* Michael Santuccio | TITLE Sergeant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 117 Ridge Rd, Eaton, NH

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-24-07
Date

[signature]
Signature of Server

Carroll County Sheriff Office
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Carroll County Sheriff's Department**

**Return of Service**

**CARROLL, SS.** 9-24, 2007

I summoned the within named **Michael Kent**

by giving in hand to **Michael Kent**, at 117 Ridge Road, in Eaton, New Hampshire a copy of this **SUMMONS AND COMPLAINT** at 9:20 AM-PM.

| | | |
|---|---|---|
| Fees: | Service | $15.00 |
| | P&H | $ 1.00 |
| | Travel | $25.00 |
| | Total | $41.00 |

Deputy Sheriff

Michael Santucci

Deputy Sheriff Printed Name

Service address other than above:____________________

Address location: ( )Work ( )New Residence ( )Other:__________