# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GENERAL STAR NATIONAL INSURANCE COMPANY and GENERAL STAR INDEMNITY COMPANY<br><br>v.<br><br>MICHAEL KENT; 79-81 WASHINGTON STREET, CORP. d/b/a THE STRAND; and 219 SOUTH ATLANTIC BOULEVARD, INC. d/b/a BEACH BUMS, d/b/a ATLANTIS, d/b/a THE BEACH COMPLEX | **SUBPOENA IN A CIVIL CASE**<br><br>C.A. NO. 07-205 |

**TO:** Mark Doorley
Doorley Agency, Inc.
17 6th Avenue
East Greenwich, RI 02818

[ ] YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above entitled case.

*Place of Testimony:* *Courtroom:*

*Date and Time:*

[ ] YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

*Place of Deposition* *Date and Time:*

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

*Documents/Objects:*
See Attachment 2

*Place:* *Date and Time:*
Partridge Snow & Hahn LLP, 180 South Main Street, Providence, RI 11/21/07 @ 3:00 p.m.

[ ] **YOU ARE COMMANDED to permit** inspection of the following premises at the date and time specified below.

*Premises:* *Date and Time:*

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

*Issuing Officer's Signature and Title (Indicate if Attorney for Plaintiff or Defendant):* *Date:*

Nov. 1, 2007

Keith E. Fayan, Esq. (#7065)/ Partridge Snow & Hahn LLP
180 South Main Street, Providence, RI 02903 / (401) 861-8200
Attorney for Plaintiffs General Star National Insurance Company and General Star Indemnity Company

**PROOF OF SERVICE**

SERVED:

| | |
|---|---|
| 11/5/07 | East Greenwich, RI |
| DATE | PLACE |
| Mark Doorley | Personal |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| Robert J. Kilduff | Disinterested Party |
| SERVED BY (PRINT NAME) | TITLE |

**DECLARATION OF SERVER**

I declare under penalty of perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 11/5/07
DATE

[signature]
SIGNATURE OF SERVER

87 Grand View Rd, E. Greenwich, RI
ADDRESS OF SERVER