**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GENERAL STAR NATIONAL INSURANCE COMPANY; and GENERAL STAR INDEMNITY COMPANY,
Plaintiffs

v.

C.A. No. 07-205

MICHAEL KENT;
79-81 WASHINGTON STREET, CORP. d/b/a THE STRAND; and
219 SOUTH ATLANTIC BOULEVARD, INC., d/b/a BEACH BUMS, d/b/a ATLANTIS, d/b/a THE BEACH COMPLEX,
Defendants

**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs, General Star National Insurance Company and General Star Indemnity Company (collectively hereinafter "General Star"), pursuant to Rule of Civil Procedure 15(a) and Local Rule 15, hereby move for leave to amend their Complaint in the form attached hereto as Exhibit A. A supporting memorandum accompanies this motion explaining how the proposed amended complaint differs from the original and why the amendment is necessary.

GENERAL STAR NATIONAL INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP
/s/ Howard Merten
Howard Merten (#3171)
Keith E. Fayan (#7065)
180 South Main Street
Providence, RI 02903
(401) 861-8200(401) 861-8210 FAX
hm@psh.com kef@psh.com

Dated: January 14, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JANUARY 14, 2008 A COPY OF THE FOREGOING MOTION FOR LEAVE TO AMEND THE COMPLAINT WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

/s/ Howard Merten____________

954702.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GENERAL STAR NATIONAL INSURANCE COMPANY; and GENERAL STAR INDEMNITY COMPANY,<br>Plaintiffs<br><br>v.<br><br>MICHAEL KENT;<br>79-81 WASHINGTON STREET, CORP. d/b/a THE STRAND; and<br>219 SOUTH ATLANTIC BOULEVARD, INC., d/b/a BEACH BUMS, d/b/a ATLANTIS, d/b/a THE BEACH COMPLEX,<br>Defendants | C.A. No. 07-205 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs, General Star National Insurance Company and General Star Indemnity Company (collectively hereinafter "General Star"), pursuant to Local Rule 15, move to amend their complaint and submit this supporting memorandum to explain how the proposed amended complaint differs from the original and why the amendment is necessary.

Rule 15(a) permits a party to amend a pleading with the parties' consent or by leave of Court. *See Fraioli v. Lemcke*, 328 F. Supp. 2d 250, 262 (D.R.I. 2004). Further, the Rule states that the court should freely give leave when justice so requires. *Id.* The original Complaint was filed in June 2007 and the Rule 16 conference was held on November 1, 2007. No discovery has yet been conducted by either party.

Following the Rule 16 conference, discussions between counsel have resulted in the need for the parties to amend their pleadings. General Star seeks leave to amend its

complaint to drop original Count II which sought declaratory relief related to the "Denyer" claim. Since filing the Complaint, General Star has negotiated a resolution to the Denyer claim, eliminating the need for declaratory relief. General Star continues to seek damages for breach of contract on the Denyer claim, and has amended slightly the allegations of paragraphs 60, 61, 62, 79 and 80 (Exhibit A) to make these claims more specific to defendants' failure to pay fees incurred by General Star in defending an additional insured under the policy and to document any payments or expenses defendants claim to have incurred under the SIR as it relates to the Denyer claim.

In turn, to further simplify the pleadings and issues in this matter, defendants' counsel has represented to plaintiffs' counsel that in response to the Amended Complaint, the defendants will answer, withdrawing their allegations that no self-insured retention endorsement existed in the insurance policy. The answers and counterclaims filed by of all of the defendants had denied the existence of the self-insured retention endorsement. Permitting General Star to file its proposed amend complaint will clean up the pleadings to reflect recent developments and permit the defendants to file an answer that comports with the defenses they presently intend to press.

GENERAL STAR NATIONAL
INSURANCE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Howard Merten
Howard Merten (#3171)
Keith E. Fayan (#7065)
180 South Main Street
Providence, RI 02903
(401) 861-8200 (401) 861-8210 FAX
hm@psh.com kef@psh.com

DATED: January 14, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON JANUARY 14, 2008 A COPY OF THE FOREGOING MEMORANDUM IN SUPPORT OF THE MOTION FOR LEAVE TO AMEND THE COMPLAINT WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

/s/ Howard Merten____________