**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GENERAL STAR NATIONAL INSURANCE COMPANY; and GENERAL STAR INDEMNITY COMPANY,<br>Plaintiffs<br><br>v.<br><br>MICHAEL KENT;<br>79-81 WASHINGTON STREET, CORP. d/b/a THE STRAND; and<br>219 SOUTH ATLANTIC BOULEVARD, INC., d/b/a BEACH BUMS, d/b/a ATLANTIS, d/b/a THE BEACH COMPLEX,<br>Defendants | C.A. No. 07-205/S |

**ENTRY OF APPEARANCE**

I, Robert K. Taylor, hereby enter my appearance on behalf of the Plaintiffs General Star National Insurance Company; and General Star Indemnity Company.

GENERAL STAR NATIONAL INSURANCE COMPANY and GENERAL STAR INDEMNITY COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP
/s/ Robert K. Taylor
Howard Merten (#3171) hm@psh.com
Robert K. Taylor (#6514) rkt@psh.com
Keith E. Fayan (#7065) kef@psh.com
180 South Main Street
Providence, RI 02903
(401) 861-8200(401) 861-8210 FAX

Dated: March 20, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON MARCH 20, 2008 A COPY OF THE FOREGOING MOTION FOR LEAVE TO AMEND THE COMPLAINT WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

Herbert F. DeSimone, Jr., Esq., DeSimone & Leach
desimone@conversent

/s/ Robert K. Taylor____________

974636.1