**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GENERAL STAR NATIONAL INSURANCE COMPANY; and GENERAL STAR INDEMNITY COMPANY,
Plaintiffs

v.

MICHAEL KENT;
79-81 WASHINGTON STREET, CORP. d/b/a THE STRAND; and
219 SOUTH ATLANTIC BOULEVARD, INC., d/b/a BEACH BUMS, d/b/a ATLANTIS, d/b/a THE BEACH COMPLEX,
Defendants

C.A. No. 07-205/S

**DISMISSAL STIPULATION**

Plaintiffs, General Star National Insurance Company and General Star Indemnity Company, and Defendants Michael Kent; 79-81 Washington Street, Corp. d/b/a The Strand; and 219 South Atlantic Boulevard, Inc., d/b/a Beach Bums, d/b/a Atlantis, d/b/a The Beach Complex, hereby stipulate that this action, including all counterclaims, may be dismissed with prejudice, no costs or fees to either party.

GENERAL STAR NATIONAL
INSURANCE COMPANY and GENERAL
STAR INDEMNITY COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP
/s/ Howard Merten________________
Howard Merten (#3171) hm@psh.com
Robert K. Taylor (#6514) rkt@psh.com
Keith E. Fayan (#7065) kef@psh.com
180 South Main Street
Providence, RI 02903
(401) 861-8200(401) 861-8210 FAX

MICHAEL KENT;
79-81 WASHINGTON STREET,
CORP. d/b/a THE STRAND; and
219 SOUTH ATLANTIC BOULEVARD,
INC., d/b/a BEACH BUMS, d/b/a
ATLANTIS, d/b/a THE BEACH COMPLEX

By Their Attorneys

DeSIMONE & LEACH

/s/ Herbert F. DeSimone, Jr
Herbert F. DeSimone, Jr. #2657
One Turks Head Place, Suite 1010
Providence, RI 02903-2219
(401) 421-8200
(401) 421-0677 Fax

Dated: June 18, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON MARCH 20, 2008 A COPY OF THE FOREGOING MOTION FOR LEAVE TO AMEND THE COMPLAINT WAS FILED ELECTRONICALLY. ACCORDINGLY, IT IS AVAILABLE FOR VIEWING AND DOWNLOAD FROM THE ECF SYSTEM BY COUNSEL OF RECORD.

Herbert F. DeSimone, Jr., Esq., DeSimone & Leach
desimone@conversent

/s/ Howard Merten____________

988845_1